Kirby L. ABRAM, Movant–Appellant,

v.

STATE of Missouri,
Respondent–Respondent.

No. 56546.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 5, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 11, 1990.

Application to Transfer Denied
Feb. 13, 1990.

Christopher E. McGraugh, Asst. Public Defender, Clayton, for movant-appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

ORDER

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing, of his Rule 29.15 motion. We affirm.

Movant argues Batson v. Kentucky, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986) applies for evaluation of his motion. His direct appeal became final in 1982. State v. Abram, 632 S.W.2d 60 (Mo.App. 1982). As in Washington v. State, 772

S.W.2d 728, 730 (Mo.App.1989), *Batson* is inapplicable. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would have no precedential value; therefore, we affirm pursuant to Rule 84.16(b).